# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Dawn Miller

                              Plaintiff,

v.                                                     Case No.: 1:10−cv−02064
                                                         Honorable Robert W. Gettleman

Delanor, Kemper & Associates, LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 19, 2010:

      MINUTE entry before Honorable Robert W. Gettleman: by agreement, this cause is dismissed without costs with leave to reinstate on or before 9/20/2010. Upon failure to file a timely motion to reinstate, the dismissal with prejudice will become final in all events on 9/21/2010. The Court retains jurisdiction to enforce the settlement. Status hearing date of 8/23/2010 is stricken. Civil case terminated. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.