AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| Dawn MIller | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 10 C 2064 |
| Delano, Kemper & Assoc. | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X other: final judgment is entered dismissing this action with prejudice pursuant to Fed. R. Civ. P. 58.

.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge    Robert W. Gettleman    on a motion for _____

.

Date:  September 21 , 2010                                     Michael W. Dobbins, Clerk of Court

                                                               /s/ George D. Schwemin
                                                               _____
                                                               *Signature of Clerk or Deputy Clerk*